**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

PAULINE IM; SITHA NGIN,
            *Petitioners,*

            v.

MICHAEL B. MUKASEY,* Attorney
General,
            *Respondent.*

No. 05-70027

Agency Nos.
A79-267-088
A79-267-089

ORDER

Filed April 11, 2008

Before: Betty B. Fletcher, Eugene E. Siler, Jr.,**
Michael Daly Hawkins, Circuit Judges.

---

## ORDER

The Opinion filed August 13, 2007, appearing at 497 F.3d 990 (9th Cir. 2007), is withdrawn. Further consideration of this appeal pends the Supreme Court's decision in *Negusie v. Mukasey*, No. 07-499, or further order of this court. It may not be cited as precedent by or to this court or any district court of the Ninth Circuit.

---

*Michael B. Mukasey is substituted for his predecessor, Alberto R. Gonzales, as Attorney General of the United States, pursuant to Fed. R. App. P. 43(c)(2).

**The Honorable Eugene E. Siler, Jr., Senior United States Circuit Judge for the Sixth Circuit, sitting by designation.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2008 Thomson/West.